UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WADE ALAN KNIGHT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ELKO, *et al.,*<br><br>Defendants. | Case No. 3:19-cv-00562-MMD-WGC<br><br>ORDER |

**I. DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. On September 11, 2019, Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). On September 16, 2019, the Court issued an order informing the Plaintiff that the application to proceed *in forma pauperis* was incomplete and directed Plaintiff to correct the deficiency of the application within thirty (30) days. (ECF No. 3). Thereafter, on September 20, 2019, Plaintiff filed a Notice of Change of Address (ECF No. 4).

The Court now directs Plaintiff to file an <u>application to proceed *in forma pauperis* by a non-prisoner</u> **within thirty (30)** days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

///

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

DATED: September 23, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE